LOUIS A. LEONE, ESQ. (CSB #099874)
KATHERINE A. ALBERTS (CSB #212825)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
ROMAN EDWARDS, C.H. "SKIP" FOTCH, and ROD SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KORTNEY BLYTHE<br><br>        Plaintiff,<br>vs.<br><br>ROMAN EDWARDS, C.H. "SKIP" FOTCH, in his Official Capacity as Associate Dean of Student Activities for San Francisco Community College District, and ROD SANTOS, in his Official Capacity as Administrator of the San Francisco Community College District Police Department<br><br>        Defendants. | **Case No.: CV-08-05267MHP**<br><br>**STIPULATION FOR AND ORDER DISMISSING COMPLAINT, WITH PREJUDICE**<br><br>**[Fed.R.Civ.Proc. , Rule 41(c)]** |

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record, that the Complaint filed on November 20, 2009, by plaintiff KORTNEY BLYTHE against defendant ROMAN EDWARDS, C.H. "SKIP" FOTCH, and ROD SANTOS shall be dismissed with prejudice, pursuant to settlement agreement, with all claims for fees and costs satisfied by settlement.

Dated: March 12, 2009

**STUBBS & LEONE**

_____
KATHERINE A. ALBERTS, ESQ.
Attorneys for Defendants ROMAN EDWARDS,
C.H. "SKIP" FOTCH, and ROD SANTOS

Dated: March____, 2009

**LAW OFFICES OF MICHAEL MILLEN**

_____
MICHAEL MILLEN
Attorneys for Plaintiff
KORTNEY BLYTHE

The Complaint filed on November 20, 2008 by plaintiff KORTNEY BLYTHE against defendants ROMAN EDWARDS, C.H. "SKIP" FOTCH, and ROD SANTOS shall be dismissed with prejudice, pursuant to settlement agreement, with all claims for fees and costs satisfied by settlement.

**IT IS SO ORDERED**:

Date:  3/20/2009



Judge Marilyn H. Patel